Case MCP No. 25   Document 4   Filed 05/04/16   Page 1 of 2
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION -- RTC DOCKET LISTING                                                                December 23, 1994

RTC#   CAPTION                                                                                                                         Page:   1

| RTC# | | | |
|---|---|---|---|
| 25 | IN RE FEDERAL ENERGY REGULATORY COMMISSION, ORDER ON REHEARING AND PROPOSED DEFAULT CONTRACT AND DEFERRING ACT ON ABANDONMENT APPLICATION (ARKLA GATHERING SERVICES CO.) 69 FERC PAR. 61,280, ISSUED ON DECEMBER 2, 1994 | | |

12/19/94
PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION RECEIVED FROM THE FEDERAL ENERGY REGULATORY COMMISSION 6 Petitions pending in 2 Circuits as follows: five in D.C. Circuit and one in the 8th Circuit -- Default Contract and Deferring Act on Abandonment Application 69 FERC (rh) ON 12/20/94 AN AMENDED SCHEDULE TO PETITION WAS RECEIVED FROM FEDERAL ENERGY REGULATORY COMMISSION TO ADD 3 PETITIONS THAT WAS OMITTED FROM THE ONE THAT WAS FILED ON 12/19/94 (rh)

12/19/94
CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD Consolidation 6 appeals that were pending in 2 circuits - the Court of Appeals for the D.C. Circuit was DESIGNATED. Rendom Selector, Laura Gorman Deputy Clerk and witness Regina Hale, Calendar Perparation Clerk (rh) ON 12/21/94 AN AMENDED CONSOLIDATION ORDER WAS FILED AND SEND OUT TO THE 2 CIRCUITS AND THE INVOLVED COUNSEL -- NO ADDITIONAL CIRCUIT COURTS WERE INVOLVED IN THE AMENDED NOTICE, THE RANDOM SELECTION PROCESS WAS NOT AFFECTED (rh)

12/23/94
PROOF OF SERVICE FOR THE CONSOLIDATION ORDER (Filed on 12/19/94) AND AMENDED CONSOLIDATION ORDER (Filed on 12/21/94) - w/cert. of svc. (rh)



RELATED ACTIONS

| | |
|---|---|
| 08-94-3930 | Oklahoma Independent Petroleum Association v. Federal Energy Regulatory Commission |
| DC-94-1724 | Conoco, Inc. v. Federal Energy Regulatory Commission |
| DC-94-1726 | Texaco, Inc. & Texaco Gas Marketing Inc. v. Federal Energy Regulatory Commission |
| DC-94-1729 | Anadarko Petroleum Corp. v. Federal Energy Regulatory Commission |
| DC-94-1730 | Marathon Oil Co. v. Federal Energy Regulatory Commission |
| DC-94-1731 | Amoco Production Co. and Amoco Energy Trading Corp. v. Federal Energy Regulatory Commission |
| DC-94-1732 | Independent Petroleum Association of America v. Federal Energy Regulatory Commission |
| DC-94-1735 | NorAm Field Services Corporation v. Federal Energy Regulatory Commission |
| DC-94-1742 | Mobil Natural Gas, Inc. v. Federal Energy Regulatory Commission |



Key: √ Signifies Proof Of Service Filed By Agency

25   IN RE FEDERAL ENERGY REGULATORY COMMISSION, ORDER ON REHEARING AND PROPOSED DEFAULT CONTRACT AND DEFERRING ACT ON ABANDONMENT APPLICATION (ARKLA GATHERING SERVICES CO.)
     69 FERC PAR. 61,280, ISSUED ON DECEMBER 2, 1994

     12/19/94                                                  12/19/94
     PETITION FOR REVIEW AND REQUEST FOR RANDOM SELECTION      CONSOLIDATION ORDER FILED -- RANDOM SELECTION HELD
     RECEIVED FROM THE FEDERAL ENERGY REGULATORY COMMISSION    Consolidation 6 appeals that were pending in 2
     6 Petitions pending in 2 Circuits as follows: five in     circuits - the Court of Appeals for the D.C. Circuit
     D.C. Circuit and one in the 8th Circuit -- Default        was DESIGNATED. Rendom Selector, Laura Gorman Deputy
     Contract and Deferring Act on Abandonment Application     Clerk and witness Regina Hale, Calendar Perparation
     69 FERC (rh)                                              Clerk (rh)

     RELATED ACTIONS

         08-94-3930      Oklahoma Independent Petroleum Association v. Federal Energy Regulatory Commission
         DC-94-1726      Texaco, Inc. & Texaco Gas Marketing Inc. v. Federal Energy Regulatory Commission
         DC-94-1729      Anadarko Petroleum Corp. v. Federal Energy
                         Regulatory Commission
         DC-94-1730      Marathon Oil Co. v. Federal Energy Regulatory Commission
         DC-94-1731      Amoco Production Co. and Amoco Energy Trading Corp. v. Federal Energy Regulatory Commission
         DC-94-1732      Independent Petroleum Association of America v. Federal Energy Regulatory Commission